2013 OCT -9  PM 4:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIK MEDINA MONTES, <br> JORGE DUARTE PARDO, and <br> FNU LNU, aka "Sergio," <br><br> Defendants. | No. **SA CR 13-0189** <br><br> I N D I C T M E N T <br><br> [21 U.S.C. § 846: Conspiracy To Possess with Intent To Distribute and To Distribute Methamphetamine, Heroin, and Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B): Possession With Intent To Distribute Methamphetamine, Heroin, and Cocaine] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

Beginning on or about November 20, 2012, and continuing to on or about September 12, 2013, in Orange County, within the Central District of California, and elsewhere, defendants ERIK MEDINA MONTES ("MEDINA"), JORGE DUARTE PARDO ("DUARTE"), FIRST NAME UNKNOWN ("FNU") LAST NAME UNKNOWN ("LNU"), also known as "Sergio" ("SERGIO"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and

intentionally possess with intent to distribute and distribute (a) at least 50 grams, that is, approximately 1,304 grams, of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii); (b) at least 100 grams, that is, approximately 255.4 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i); and (c) at least 500 grams, that is, approximately 3,937 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished in substance as follows:

1.   Defendant SERGIO would negotiate with a prospective buyer who was, in fact, an informant cooperating with federal authorities (the "CI"), to sell methamphetamine, heroin, and cocaine for a certain price, and defendant SERGIO would also arrange to have these controlled substances delivered at a certain location to a driver purportedly working for the CI who was, in fact, an undercover law enforcement official (the "UC").

2.   Defendant MEDINA would deliver the methamphetamine and heroin, and defendant DUARTE would deliver the cocaine, to the UC at the location previously arranged by defendant SERGIO and the CI.

3.    Defendants MEDINA and DUARTE would accept payment for the controlled substances they sold to the UC.

C.    OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants MEDINA, DUARTE, SERGIO, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including but not limited to the following:

1.    On or about November 21, 2012, defendant SERGIO spoke by telephone with the CI about the possibility of defendant SERGIO selling the CI controlled substances in the future.

2.    On or about April 22, 2013, defendant SERGIO told the CI via telephone that defendant SERGIO would sell the CI one pound of methamphetamine at a price of approximately $10,000.

3.    On or about May 7, 2013, defendant SERGIO and the CI arranged by telephone for the delivery of one pound of methamphetamine to the UC the following day.

4.    On or about May 8, 2013, in Huntington Beach, California, within the Central District of California, defendant MEDINA and another co-conspirator distributed approximately 444.8 grams of a mixture of substance containing a detectable amount of methamphetamine to the UC.

5.    On or about May 8, 2013, during a telephone call, defendant SERGIO agreed with the CI to accept payment for the pound of methamphetamine once the CI had sold the methamphetamine.

6.    On or about May 28, 2013, defendant SERGIO told the CI during a telephone conversation that defendant SERGIO would send

1  his brother's bank account information to the CI via text
2  message so that the CI could pay defendant SERGIO for the one
3  pound of methamphetamine defendant SERGIO caused to be delivered
4  to the CI on May 8, 2013.

5      7.   On or about May 28, 2013, defendant SERGIO sent the CI
6  a text message containing the following information:  JPMorgan
7  Chase bank account number ending 5672 and the name "Erik Medina
8  Montes."

9      8.   On or about May 28, 2013, via telephone call,
10  defendant SERGIO confirmed that the CI had received defendant
11  SERGIO's text message and told the CI to call defendant SERGIO
12  when the CI deposited payment into the account.

13     9.   On or about September 11, 2013, via telephone call,
14  defendant SERGIO agreed to sell the CI approximately two
15  kilograms of methamphetamine, four kilograms of cocaine, and a
16  half-pound of heroin at a total price of approximately $147,500,
17  and further agreed to deliver the drugs to the CI's driver, that
18  is, the UC, the following day.

19     10.  On or about September 12, 2013, defendant MEDINA
20  called the UC to learn the location of the transaction arranged
21  by defendant SERGIO and the CI.

22     11.  On or about September 12, 2013, defendant MEDINA,
23  driving a white Honda Accord (California license plate number
24  "5CPM002") (the "Honda"), transported approximately 1,304 grams
25  of methamphetamine (the "methamphetamine") and approximately
26  255.4 grams of a mixture and substance containing a detectable
27  amount of heroin (the "heroin") to the parking lot of a Home
28

Depot located at 7100 Warner Avenue in Huntington Beach, California (the "Home Depot").

12.   On or about September 12, 2013, in the Home Depot parking lot, defendant MEDINA showed the UC one wrapped package containing methamphetamine and one clear package containing the heroin.

13.   On or about September 12, 2013, defendant DUARTE, driving a white Acura (California license plate number "7BJH085") (the "Acura"), transported approximately 3,937 grams of a mixture and substance containing a detectable amount of cocaine (the "cocaine") to the parking lot of the Home Depot.

14.   On or about September 12, 2013, in the Home Depot parking lot, defendant DUARTE told defendant MEDINA that he wanted to see the UC's money before he removed the cocaine from the Acura.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about September 12, 2013, in Orange County, within the Central District of California, and elsewhere, defendant ERIK MEDINA MONTES knowingly and intentionally possessed with intent to distribute at least ~~at least~~ 50 grams, that is, approximately 1,304 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i)]

On or about September 12, 2013, in Orange County, within the Central District of California, and elsewhere, defendant ERIK MEDINA MONTES knowingly and intentionally possessed with intent to distribute at least 100 grams, that is, approximately 255.4 grams, of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance.

                              COUNT FOUR

                  [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)]

     On or about September 12, 2013, in Orange County, within
the Central District of California, and elsewhere, defendant
JORGE DUARTE PARDO knowingly and intentionally possessed with
intent to distribute at least 500 grams, that is, approximately
3,937 grams, of a mixture and substance containing a detectable
amount of cocaine, a Schedule II narcotic controlled substance.

                              A TRUE BILL


                              /S/
                              Foreperson

ANDRÉ BIROTTE JR.
United States Attorney


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

FRED W. SLAUGHTER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

MICHAEL ANTHONY BROWN
Assistant United States Attorney